Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT
for the
Northern District of California

San Francisco Division

| | |
|---|---|
| CHEREE C. HARDY,<br>DOES I THROUGH V, INCLUSIVE<br><br>*Plaintiff(s)*<br>*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*<br>-v-<br><br>Please see attached<br><br>*Defendant(s)*<br>*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)* | Case No. _____<br>*(to be filled in by the Clerk's Office)*<br><br>Jury Trial: *(check one)* ☑ Yes ☐ No<br><br>C 25 06674 NC |

**FILED**
AUG 07 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
IFP

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | CHEREE C. HARDY, DOES I THROUGH V, INCLUSIVE |
| Address | 2066 N. CAPITOL AVE. #9054 |
| City / State / Zip Code | SAN JOSE / CA / 95132 |
| County | SANTA CLARA |
| Telephone Number | 669-247-6795 |
| E-Mail Address | CHEREEXHARDY@GMAIL.COM |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**

| | |
|---|---|
| Name | BRIDGE HOUSING COPORATION, DOES 1-50 |
| Job or Title (if known) | |
| Address | 350 CALIFORNIA ST. SUITE 1600 |
| City / State / Zip Code | SAN FRANCISCO / CA / 94104 |
| County | SAN FRANCISCO |
| Telephone Number | 415-989-1111 |
| E-Mail Address (if known) | |

[ ] Individual capacity  [✔] Official capacity

**Defendant No. 2**

| | |
|---|---|
| Name | 1001 SOUTH MAIN STREET, LLC |
| Job or Title (if known) | |
| Address | 1001 S. MAIN ST. |
| City / State / Zip Code | MILPITAS / CA / 95035 |
| County | SANTA CLARA |
| Telephone Number | 408-942-8829 |
| E-Mail Address (if known) | MONTEVISTA@BRIDGEHOUSING.COM |

[ ] Individual capacity  [✔] Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

**Defendant No. 3**

| | |
|---|---|
| Name | MONTEVISTA APARTMENTS |
| Job or Title *(if known)* | |
| Address | 1001 S. MAIN ST. |
| | MILPITAS / CA / 95035 |
| | *City / State / Zip Code* |
| County | SANTA CLARA |
| Telephone Number | 408-942-8829 |
| E-Mail Address *(if known)* | MONTEVISTA@BRIDGEHOUSING.COM |

☐ Individual capacity   ☑ Official capacity

**Defendant No. 4**

| | |
|---|---|
| Name | ANGIE FLORES-ALVAREZ |
| Job or Title *(if known)* | PROPERTY MANAGER |
| Address | 1001 S. MAIN ST. |
| | MILPITAS / CA / 95035 |
| | *City / State / Zip Code* |
| County | SANTA CLARA |
| Telephone Number | 408-942-8829 |
| E-Mail Address *(if known)* | AALVAREZ@BRIDGEHOUSING.COM |

☑ Individual capacity   ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?
- Fourteenth Amendment (Equal Protection Clause)
- Fair Housing Act violations
- First Amendment retaliation
- ADA Title II & Section 504 of the Rehabilitation Act

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

    D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

          **PLEASE SEE ATTACHED**

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

    A.    Where did the events giving rise to your claim(s) occur?
          **1001 SOUTH MAIN STREET**
          **UNIT S201**
          **MILPITAS, CA 95035**

    B.    What date and approximate time did the events giving rise to your claim(s) occur?
          **JANUARY 2024 - CURRENT (ONGOING)**

    C.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

          **PLEASE SEE ATTACHED**

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

As a result of the discriminatory and retaliatory actions taken by the defendants, I suffered both physical and emotional harm. I have a history of mental health conditions including PTSD, OCD, and ADHD, all of which were significantly exacerbated due to the ongoing harassment, denial of accommodations, and threats to my housing stability. I developed severely worsening symptoms of a stress-related disorder relative to my OCD (Dermatillomania), resulting in visible scarring and open wounds across my body. Despite being under extensive medical care and taking prescribed psychiatric medication, the severity of my compulsive self-injurious behavior has increased in direct response to the stress inflicted by the defendants' egregious actions.

In addition, during my attempt to retrieve our items under a false deadline due to improper notice, the property manager (Angie Flores-Alvarez) cut off the electricity to my unit without warning or merit which forced me to move items in the dark, causing me to inevitably injure my back of which I am still recuperating from. The injury has limited my mobility which requires continued medical treatment and has impaired my daily functioning significantly. These injuries have directly impacted my ability to care for my children, engage in daily activities, work, retain personal relationships, and maintain emotional stability. I continue to receive treatment and take medication, but the trauma and physical toll are debilitating and remain ongoing.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I am seeking $35,000,000 in damages due to emotional distress, harassment, retaliatory/constructive eviction, violation of federal and state disability rights, disruption to custody of my disabled children, and loss of housing stability and employment. I am also requesting an injunction ordering the defendants to adopt non-discriminatory housing policies, required training for staff on disability accommodations and civil rights, and punitive damages in an amount to be determined by the court. The defendants' actions have had a lasting, life-altering impact on me and my family as these are not isolated events but a pattern of systemic negligence and abuse. Actual damages have totaled $20,000+ from May 12, 2025 to current due to temporary housing, loss of food from the electricity being shut off, movers and storage fees, as well as excessive vehicle wear and tear.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 08/05/2025

Signature of Plaintiff: *[signature]*

Printed Name of Plaintiff: CHEREE C. HARDY

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
      City    State    Zip Code
Telephone Number: _____
E-mail Address: _____

PLAINTIFF: CHEREE C. HARDY, DOES I THROUGH V, INCLUSIVE

CASE:

TITLE: DEFENDANT(S)

PAGE 1 OF 4

BRIDGE HOUSING CORPORATION, A CALIFORNIA NONPROFIT,

dba

1001 SOUTH MAIN STREET, LLC, A SUBSIDIARY OR SHELL ENTITY USED IN LEGAL FILINGS,

dba

MONTEVISTA APARTMENTS, A RESIDENTIAL COMPLEX OPERATED BY BRIDGE HOUSING CORPORATION,

DOES 1-50, INDIVIDUALS OR ENTITIES WHOSE IDENTITIES ARE CURRENTLY UNKNOWN BUT PARTICIPATED IN THE VIOLATIONS

and

ANGIE FLORES-ALVAREZ, AS AN INDIVIDUAL AND CURRENT PROPERTY MANAGER OF MONTEVISTA APARTMENTS

PLAINTIFF: CHEREE C. HARDY, DOES I THROUGH V, INCLUSIVE

CASE:

TITLE: II. BASIS FOR JURISDICTION, SECTION D

PAGE 2 OF 4

Defendants acted under color of state law as housing providers and agents of Bridge Housing and its subsidiaries, which operate under contracts and obligations subject to federal civil rights laws including the Fair Housing Act, ADA, and Section 504 of the Rehabilitation Act.

The property manager and staff used their authority to issue retaliatory notices, deny accommodations, intimidate me through repeated inspections, and interfere with my housing stability. These actions were conducted in their official capacities as representatives of the property and constitute a custom or policy of discriminatory and retaliatory behavior against tenants asserting civil rights.

PLAINTIFF: CHEREE C. HARDY, DOES I THROUGH V, INCLUSIVE

CASE:

TITLE: III. STATEMENT OF CLAIM, SECTION C

PAGE 3 OF 4

I am a disabled single mother of neurodivergent children, formerly residing at Montevista Apartments (1001 S Main St, Milpitas, CA) from February 1, 2019, through May 12, 2025. The property is owned and operated by Bridge Housing Corporation, doing business as Montevista Apartments and 1001 South Main Street, LLC.

Throughout my tenancy, I submitted multiple written requests for reasonable accommodations under the Fair Housing Act, the Americans with Disabilities Act, and Section 504 of the Rehabilitation Act. My disabilities include PTSD, OCD, and ADHD, and my children are autistic. The accommodations I requested included, but were not limited to:

- A semi-monthly rent payment schedule to align with my SSI/IHSS income structure.
- Parking accommodations for medical personnel and closer parking for my disabled child with a valid state-issued placard.
- A change in how notices were delivered to my unit due to PTSD-related startle responses and safety concerns for my disabled children.

Instead of engaging in any interactive process, management either ignored, denied, or indefinitely delayed my requests. I experienced repeated and escalating forms of retaliation following each accommodation request, including excessive inspections, misinformation, harassment, intimidation, and procedural abuse.

Despite active investigations by the California Civil Rights Department (CRD) and the U.S. Department of Housing and Urban Development (HUD), the property manager, Angie Flores-Alvarez, initiated eviction proceedings. These proceedings were based on incomplete, misrepresented, and potentially falsified information submitted under the entity name 1001 South Main Street, LLC, despite my lease being held with Montevista Apartments under Bridge Housing Corporation. The use of a different entity name appears to be an intentional tactic to confuse and evade accountability.

During an attempted retrieval of personal belongings, the property manager shut off electricity to my unit without warning, forcing me to navigate in the dark. I fell and injured my lower back, which has required ongoing treatment. My doctor has confirmed that the injury is consistent with the incident and exacerbated by the stress-related muscle tension I've been under due to the ongoing harassment.

PLAINTIFF: CHEREE C. HARDY, DOES I THROUGH V, INCLUSIVE

CASE:

TITLE: III. STATEMENT OF CLAIM, SECTION C (CONTINUED)

PAGE 4 OF 4

I have lost custody of two of my children, including my foster son, directly as a result of these retaliatory actions and the resulting instability. My mental health has deteriorated significantly, with visible symptoms including compulsive skin-picking disorder that has worsened due to chronic emotional distress. I take prescribed medication for PTSD and OCD, but the prolonged trauma has led to marked regression.

My termination from employment in May 2024 was also directly linked to the psychological toll of managing these repeated violations, excessive inspections, and undue threats of eviction despite having no negative tenancy at any place I've resided in the last 13 years. I have since lost both my income and housing, and have had to navigate homelessness with disabled dependents. These actions taken after I engaged in protected activities under federal disability rights laws constitute a pattern of systemic and retaliatory discrimination and therefore I am asserting claims under 42 U.S.C. § 1983 for violation of me and my children's constitutional rights and federally protected rights under the:

- Fair Housing Act (42 U.S.C. § 3601 et seq.)
- Americans with Disabilities Act (42 U.S.C. § 12101 et seq.)
- Section 504 of the Rehabilitation Act (29 U.S.C. § 794)
- First and Fourteenth Amendments (freedom from retaliation, equal protection)



U.S. Department of Housing and Urban Development
Office of Fair Housing and Equal Opportunity – Region IX
One Sansome Street, Suite 1200
San Francisco, California 94104-4430
Office: (800) 347-3739       (415) 489-6524
TTY: (415) 489-6564   Fax (415) 489-6560

www.hud.gov
español.hud.gov

July 9, 2025

Cheree Hardy
2066 N Capitol Ave #9054
San Jose, CA 95132

chereehardy@gmail.com

Dear Cheree Hardy:

Subject:   Housing Discrimination Inquiry
           HUD Inquiry No. 811229

The above-referenced housing discrimination inquiry was received by the U.S. Department of Housing and Urban Development pursuant to federal fair housing laws. This claim has been administratively closed for lack of jurisdiction because you raise issues that were addressed, or able to be addressed, in a previous complaint; therefore, these issues cannot be raised again in a subsequent complaint. Your proper remedy is to raise these issues with your investigator and/or their supervisor.

You may contact the California Civil Rights Department (CRD) at 800-884-1684, or by email at contact.center@calcivilrights.ca.gov.

This administrative closure does not represent a judgment upon the merits of the allegations contained in the claim. The Fair Housing Act provides that, notwithstanding this action by the Department, a complainant may file a civil action in an appropriate United States District Court, or a State Court, no later than two (2) years after the occurrence or the termination of the alleged discriminatory housing practice(s).

If, in the future, you or someone you know believes they have been discriminated against in their housing, a new inquiry may be submitted online at https://www.hud.gov/contactus/file-complaint.

Sincerely,

*Jonathan Gast*

Jonathan Gast
Chief, Intake Branch
Office of Fair Housing and
   Equal Opportunity