FILED
AUG 07 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  CHEREE C. HARDY

2  2066 N. CAPITOL AVE. #9054

3  SAN JOSE, CA 95132

4

5  669-247-6795

6  CHEREEXHARDY@GMAIL.COM

7

8  UNITED STATES DISTRICT COURT
   NORTHERN DISTRICT OF CALIFORNIA

C 25 06674    NC

| CHEREE C. HARDY, DOES I THROUGH V, INCLUSIVE | ) ) ) | |
|---|---|---|
| Plaintiff, | ) ) | CASE NO. _____ |
| vs. | ) ) | APPLICATION TO PROCEED |
| BRIDGE HOUSING CORPORATION dba 1001 SOUTH MAIN STREET, LLC, dba MONTEVISTA APARTMENTS AND ANGIE FLORES-ALVAREZ (INDIVIDUAL) | ) ) ) ) ) ) | IN FORMA PAUPERIS |
| Defendant. | ) ) | |

I, CHEREE C. HARDY, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief. In support of this application, I provide the following information:

1. Are you presently employed?    Yes ___ No  X

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____    Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

Form-Intake 3 (Rev. 4/05)                -1-

|   |   |
|---|---|
| 1 | and wages per month which you received. |
| 2 | Date of last employment: May 14, 2024 |
| 3 | Gross: $95,000.00/annually (prorated to $39,583.33 for January through May, 2024) |
| 4 | Net: $32,459.13 estimation for January through May, 2024) |
| 5 | 2.  Have you received, within the past twelve (12) months, any money from any of the |
| 6 | following sources: |
| 7 |     a.    Business, Profession or self    Yes ___ No _X_ |
| 8 |         employment? |
| 9 |     b.    Income from stocks, bonds, |
| 10 |         or royalties?    Yes ___ No _X_ |
| 11 |     c.    Rent payments?    Yes ___ No _X_ |
| 12 |     d.    Pensions, annuities, or    Yes ___ No _X_ |
| 13 |         life insurance payments? |
| 14 |     e.    Federal or State welfare payments,    Yes ___ No _X_ |
| 15 |         Social Security or other govern- |
| 16 |         ment source? |
| 17 | If the answer is "yes" to any of the above, describe each source of money and state the amount |
| 18 | received from each. |
| 19 | _____ |
| 20 | _____ |
| 21 | 3.    Are you married?    Yes___ No _X_ |
| 22 | Spouse's Full Name: NOT APPLICABLE |
| 23 | Spouse's Place of Employment: NOT APPLICABLE |
| 24 | Spouse's Monthly Salary, Wages or Income: |
| 25 | Gross $_____  Net $_____ |
| 26 | 4.    a. List amount you contribute to your spouse's support:$ _____ |
| 27 |     b.    List the persons other than your spouse who are dependent upon you for support |
| 28 |         and indicate how much you contribute toward their support. (NOTE: For minor |

Form-Intake 3 (Rev. 4/05)

1  children, list only their initials and ages.  DO NOT INCLUDE THEIR NAMES.)
2  M.K.C. - 14 ; O.R.V.W. - 6; K. J. A. B. - 17; B.R.N. - 8

4  5.    Do you own or are you buying a home?         Yes ___  No  X
5  Estimated Market Value: $_____ Amount of Mortgage: $_____
6  6.    Do you own an automobile?                    Yes X  No ___
7  Make TESLA            Year 2022         Model MODEL Y
8  Is it financed? Yes X  No _____  If so, Total due: $ 42,000
9  Monthly Payment: $ 1200
10 7.    Do you have a bank account?  Yes X   No ___ (Do not include account numbers.)
11 Name(s) and address(es) of bank: JP MORGAN CHASE BANK - 383 MADISON
12 P.O. BOX 6294, CAROL STREAM, IL 60197-6294.
13 Present balance(s): $ -400
14 Do you own any cash? Yes ___ No X  Amount: $ _____
15 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
16 market value.)                                    Yes No   X
17 _____

18 8.    What are your monthly expenses?
19 Rent: $3600 (hotel lodging cost)    Utilities: 200
20 Food: $1000                          Clothing: 150
21 Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Account |
|---|---|---|
| CHASE | $ 800 | $ 22,000 |
| BANK OF AMERICA | $ 800 | $ 22,000 |
| CITIBANK | $ 800 | $ 13,000 |

26 9.   Do you have any other debts? (List current obligations, indicating amounts and to whom
27 they are payable.  Do not include account numbers.)
28 Yes: LendingClub - $22,000 (personal loan); Affirm $7500 (personal loan);

Form-Intake 3 (Rev. 4/05)                -3-

Nelnet $10,000 (student loans)

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ___ No _X_ Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____

_____

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

08/05/2025                    *[signature]*

DATE                          SIGNATURE OF APPLICANT