UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHEREE C. HARDY,<br><br>           Plaintiff,<br><br>    v.<br><br>BRIDGE HOUSING CORPORATION, et al.,<br><br>           Defendants. | Case No. 5:25-cv-06674 NC<br><br>**CLERK'S NOTICE RE: ECF REGISTRATION** |

     As Plaintiff Cheree C. Hardy is self-represented, the Court provides this notice regarding the Electronic Case Filing ("ECF") System. After filing your complaint, the docket and all documents in the case are maintained in an electronic format. Attorneys are required to file documents electronically ("e-file"). Parties representing themselves are not required to e-file, but many choose to do so as there are several advantages:

1. You can e-file from any computer.
2. You can e-file up until midnight on the day your filing is due, without having to mail paper copies to the Court or other parties.
3. You will likely have more time to respond to any motion filed by the opposing side because you can receive the motion as soon as it is e-filed, instead of having to wait for your copy to arrive by mail.

    There are no registration costs or fees for e-filing. If you wish to register, more information is on the Court's website https://cand.uscourts.gov/ . Click on "If You Don't Have a lawyer," then "How to Register for E-Filing with this Court." If you are viewing this notice online, you can access the instructions by clicking here.

Dated:       August 11, 2025

                                          By: _____
                                          Lili M. Harrell, Deputy Clerk to the
                                          Honorable Nathanael M. Cousins