1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHEREE C. HARDY,

Plaintiff,

v.

BRIDGE HOUSING CORPORATION, et al.,

Defendants.

Case No. 25-cv-06674-NC

**ORDER SCREENING AMENDED COMPLAINT UNDER 28 U.S.C. § 1915**

Re: ECF 10

On August 7, 2025, Plaintiff Cheree C. Hardy filed her initial civil lawsuit against Defendants Bridge Housing Corporation, 1001 South Main Street, LLC, Montevista Apartments, and Angie Flores-Alvarez.  ECF 1.  She also moved for permission to proceed "in forma pauperis" (IFP) under 28 U.S.C. § 1915(a)(1) without prepayment of court filing fees.  ECF 2.  In an order dated August 11, 2025, and in accordance with § 1915, the Court granted Hardy's motion to proceed IFP, screened her complaint, and granted her leave to file an amended complaint that fixed the initial complaint's deficiencies.  ECF 7.

Hardy timely filed her first amended complaint (FAC) on September 12, 2025, dropping 1001 South Main Street, LLC and Montevista Apartments as Defendants.  ECF 10.  Upon reviewing Hardy's FAC under § 1915, the Court determines that there is at least one cognizable claim on the face of the complaint and thus FINDS that it satisfies the screening requirements.  In making this preliminary determination, the Court does not

preclude Defendants from challenging the causes of action, raising defenses, or otherwise moving to dismiss the complaint.

For the foregoing reasons, the Court FINDS that Hardy's FAC satisfies the 28 U.S.C. § 1915 screening requirements. Accordingly, the Clerk of Court shall issue the summons, and the U.S. Marshal for the Northern District of California shall serve, without prepayment of fees, a copy of the complaint, attachments, and this Order upon Defendants.

The Court also reminds Hardy of the Court's Pro Se Program that provides free advice and can provide referrals to attorneys for self-represented civil litigants. The Program may be contacted at telephone 408.297.1480 to make an appointment

**IT IS SO ORDERED.**

Dated:  September 19, 2025                    _____

NATHANAEL M. COUSINS
United States Magistrate Judge

United States District Court
Northern District of California

2