UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHEREE C. HARDY,

Plaintiff,

v.

BRIDGE HOUSING CORPORATION, et al.,

Defendants.

Case No. 25-cv-06674-NC (SVK)

**ORDER APPOINTING COUNSEL**

Because Plaintiff has requested and is in need of counsel to assist her in this matter and a volunteer attorney is willing to be appointed to undertake this representation at the request of the Federal Pro Se Program, Breanne Cope is hereby appointed as counsel for Plaintiff in this matter.

The scope of this appointment shall be for:

( ) all purposes for the duration of the case

( X ) the limited purpose of representing the litigant in the course of

( ) mediation

( ) early neutral evaluation

( X ) settlement conference

( ) briefing ( ) and hearing on the following motion (e.g., motion for summary judgment or motion to dismiss): ______________________

( ) discovery as follows: ______________________

( ) other: ______________________

All proceedings in this action are hereby stayed until four weeks from the date of this order.

**SO ORDERED.**

Dated: August 28, 2026

Susan van Keulen

SUSAN VAN KEULEN
United States Magistrate Judge

United States District Court
Northern District of California